1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6960
7
   Attorneys for Plaintiff
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,       )   No.: CR 05-00431 CRB
                                    )
13         Plaintiff,                )   PARTIES' STIPULATION AND
                                    )   ~~PROPOSED~~ ORDER CONTINUING
14         v.                        )   STATUS HEARING AND EXCLUDING
                                    )   TIME UNDER 18 U.S.C. § 3161(h)(8)(A)
15                                   )
    MIGUEL ANGEL MARCELO-CORTEZ,    )
16                                   )
           Defendant.                )
17                                   )
                                    )
18                                   )
    _____ )
19

20  The parties stipulate and agree, and the Court finds and holds, as follows:

21     1. The parties appeared on the instant matter on July 14, 2005 for defendant's initial

22  appearance on the indictment.  The matter was continued until July 27, 2005 for initial

23  appearance before the Honorable Charles R. Breyer and time was excluded pursuant to Title 18

24  U.S.C. § 1361, et. seq.

25     2. At the July 27, 2005 initial appearance, Assistant Federal Public Defender Ronald Tyler,

26  who represents the defendant, requested a continuance based upon effective preparation of

27  counsel and taking into account that he will be out of the District for two weeks in August, 2005.

28  The court set a date for a status hearing for August 31, 2005, and the parties requested that the

STIPULATION AND PROPOSED ORDER
CR 05-00194 CRB

1 | time period from July 27, 2005 to August 31, 2005 be excluded from the calculation of time
2 | under the Speedy Trial Act.
3 |     3. In light of the foregoing facts, the failure to grant the requested exclusion would
4 | unreasonably deny counsel for the defense the reasonable time necessary for effective
5 | preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),
6 | (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
7 | These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
8 | 3161(h)(8)(A).
9 |     5. For the reasons stated, the time period from July 27, 2005 through August 31, 2005 shall
10 | be excluded from the calculation of time under the Speedy Trial Act.
11 |     SO STIPULATED.
12 | DATED: 7-27-05                    Respectfully Submitted,

_____/s/_____
MICHELLE MORGAN-KELLY
Assistant United States Attorney

DATED: 8-3-05

_____/s/_____
RONALD TYLER
Counsel for Miguel Angel Marcelo-Cortez

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 08, 2005
                                   _____
                                   HON. CHARLES R. BREYER
                                   United States District Judge

*APPROVED — Judge Charles R. Breyer — United States District Court, Northern District of California*

STIPULATION AND PROPOSED ORDER
CR 05-00194CRB                          2