KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6960

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05-00431 CRB |
| ) | |
| Plaintiff, ) | PARTIES' STIPULATION AND |
| ) | ~~PROPOSED~~ ORDER CONTINUING |
| v. ) | STATUS HEARING AND EXCLUDING |
| ) | TIME UNDER 18 U.S.C. § 3161(h)(8)(A) |
| ) | |
| MIGUEL ANGEL MARCELO-CORTEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared on the instant matter on September 7, 2005 for a status conference. At that time, defendant indicated that he was dissatisfied with the representation of Assistant Federal Public Defender Ronald Tyler.  After an *ex parte* hearing on this issue, the Honorable Charles R. Breyer put the matter over until October 5, 2005 to allow for advisory counsel to meet with defendant to discuss defendant's concerns about his legal representation, and time was excluded pursuant to Title 18 U.S.C. § 1361, et. seq.

    2. At the October 5, 2005 initial appearance, Mr. Tyler indicated that advisory counsel had not yet had the opportunity to meet with the defendant, and requested a continuance based upon effective preparation of counsel.  The court set a date for a status hearing for November 2, 2005

STIPULATION AND PROPOSED ORDER
CR 05-00431 CRB

1  at 2:15 p.m. and excluded time under 18 U.S.C. § 3161, et seq.

2     3. In light of the foregoing facts, the failure to grant the requested exclusion would
3  unreasonably deny counsel for the defense the reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence, and might deny defendant
5  reasonable time to obtain new counsel, should he opt to do so. See 18 U.S.C. § 3161(h)(8)(A),
6  (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
7  These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
8  3161(h)(8)(A).

9     4. For the reasons stated, the time period from September 7, 2005 through November 2, 2005
10 shall be excluded from the calculation of time under the Speedy Trial Act.

11    SO STIPULATED.

12 DATED:   10/19/05                    Respectfully Submitted,

15                                          /s/
                                  MICHELLE MORGAN-KELLY
                                  Assistant United States Attorney

16 DATED:   10/20/05

18                                          /s/
                                  RONALD TYLER
                                  Counsel for Miguel Angel Marcelo-Cortez

20 PURSUANT TO STIPULATION, IT IS SO ORDERED.

23 DATED: October 24, 2005                    HON. [signature]
                                          United Sta[tes]

[APPROVED stamp — Judge Charles R. Breyer, United States District Court, Northern District of California]

28 STIPULATION AND PROPOSED ORDER
   CR 05-00431CRB                                        2